the Eighth Circuit denied. *Mr. Harrison L. Schmitt* for petitioner. *Mr. William A. Lancaster* and *Mr. David F. Simpson* for respondent.

---

No. 725. WALTER M. REEDER ET AL. *v.* UNITED STATES. March 15, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John W. Scothorn* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. W. C. Herron* for the United States.

---

No. 739. ATCHAFALAYA LAND COMPANY *v.* PAUL CAPDEVIELLE, AUDITOR, ET AL. March 15, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. George Janvier* for petitioner. No appearance for respondents.

---

No. 716. E. J. FRAZIER *v.* STATE OF OREGON. March 22, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Oregon denied. *Mr. Enos S. Stockbridge* for petitioner. *Mr. George M. Brown* for respondent.

---

No. 723. ALFRED J. KEPPELMANN ET AL., EXECUTORS AND TRUSTEES, ETC. *v.* A. MITCHELL PALMER, AS ALIEN PROPERTY CUSTODIAN. March 22, 1920. Petition for a writ of certiorari to the Court of Chancery of the State of New Jersey denied. *Mr. Edward M. Colie* for petitioners. *Mr. Assistant Attorney General Spellacy* for respondent.